**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

| | |
|---|---|
| REBECCA A. PITTS,<br><br>       Plaintiff,<br><br>   v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>       Defendant. | Case No.: 3:19-cv-01406-MCR-HTC |

**JOINT NOTICE OF SETTLEMENT AND**
**REQUEST FOR STAY OF ALL PENDING DEADLINES**

Plaintiff Rebecca A. Pitts ("Plaintiff") and Defendant The Prudential Insurance Company of America ("Prudential") (collectively, the "Parties"), by and through their respective undersigned attorneys, submit the following joint notice of settlement and request to stay. On October 4, 2019, the Parties reached a conditional settlement in this matter. The parties anticipate that they will be able to file a final notice of settlement and joint stipulation of dismissal within thirty (30) days of the filing of this notice, and the parties respectfully request that the Court stay the remaining deadlines in this matter for 30 days pending the finalization of the release and settlement agreement.

WHEREFORE, the Parties respectfully notify the Court that they have reached a settlement in principle, and request that the Court enter an order staying the deadlines in the case for thirty (30) days.

**DATED:  October 28, 2019**

| | |
|---|---|
| By:  */s/ Diana Longoria* | By:  /s/ *Katelyn L. Hauser* |
| Diana Longoria | Nick A. Ortiz |
| QUINTAIROS, PRIETO, WOOD & BOYER P.A. | Katelyn L. Hauser |
| | Ortiz Law Firm |
| 114 E. Gregory Street | 823 E. Jackson Street |
| Pensacola, Florida 32502 | Pensacola, Florida 32501 |
| Telephone:  (850) 434-6490 | Telephone: (850) 308-7833 |
| Fax:  (850) 434-6491 | Facsimile: (850) 208-3613 |
| Attorneys for Defendant | Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Kate Hauser
Ortiz Law Firm
823 E Jackson St.
Pensacola, FL 32501

*/s/ Diane Longoria*
Diane Longoria